**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELEN CATHREN MORRIS,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. ED CV 17-01664 AB (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Habeas Petition for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed without prejudice for lack of subject matter jurisdiction.

DATED: August 28, 2017

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE